UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA GURNY
On Behalf of Herself
and All Others Similarly Situated,

    Plaintiff,                                     Case No. 2:17-cv-13298-LJM-RSW
                                                     Hon. Laurie J. Michelson

vs.

TRANSWORLD SYSTEMS, INC. and
SHERMETA LAW GROUP PLLC,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, JESSICA GURNY and Defendants, TRANSWORLD SYSTEMS, INC. and SHERMETA LAW GROUP PLLC, that this matter is dismissed with prejudice and without costs or attorney fees as to Defendants, TRANSWORLD SYSTEMS, INC. and SHERMETA LAW GROUP PLLC.

| | |
|---|---|
| */s/ Brian P. Parker*　　　　　　 | */s/ Deborah A. Lujan*　　　　　 |
| BRIAN P. PARKER | DEBORAH A. LUJAN (P46990) |
| Attorney for Plaintiff | Collins Einhorn Farrell PC |
| 4301 Orchard Lake Rd. | Attorney for Defendant Transworld |
| Suite 180-208 | Systems, Inc. |
| West Bloomfield, MI 48323 | 4000 Town Center, 9th Floor |
| (248) 342-9583 | Southfield, MI 48075 |
| brianparker@collectionstopper.com | (248) 355-4141 |
| | deborah.lujan@ceflawyers.com |

- 2 -

*/s/ Jeffrey S. Hengeveld*
JEFFREY S. HENGEVELD (P66029)
Plunkett Cooney
Attorney for Shermeta Law Group, PLLC
38505 Woodward Ste. 100
Bloomfield Hills, MI 48307
(248) 594-8202
jhengeveld@plunkettcooney.com

 Dated:  February 7, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA GURNY
On Behalf of Herself
and All Others Similarly Situated,

    Plaintiff,   Case No. 2:17-cv-13298-LJM-RSW
                                             Hon. Laurie J. Michelson
vs.

TRANSWORLD SYSTEMS, INC. and
SHERMETA LAW GROUP PLLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to stipulation of the parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as to Defendants TRANSWORLD SYSTEMS, INC. and SHERMETA LAW GROUP PLLC.

                                                     s/Laurie J. Michelson
                                                     LAURIE J. MICHELSON
Dated: February 8, 2018                       U.S. DISTRICT JUDGE